

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00298-CR

## EX PARTE JAMES MANGUM

_____

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2011-2513-C2**

## MEMORANDUM  OPINION

James Mangum has filed a pre-trial petition for writ of habeas corpus.  His complaint is that the trial court denied motions made by his appointed counsel and himself to have the appointed counsel replaced with another appointed counsel.  While we note a number of procedural problems with the petition, which are noted below, we use Rule 2 to expedite the disposition of this proceeding.[1] TEX. R. APP. P. 2.

As to the merits of the petition, however, Mangum's complaint is really nothing more than an attempt to have a review of an interlocutory order.  He has not asserted or

---

[1] Mangum's petition does not follow the appellate rule on original proceedings in the appellate court. There is no identification of the parties, no table of contents, no index of authorities, no statement of jurisdiction, no issues presented, and no clear and concise argument.  *See* TEX. R. APP. P. 52.3.  There is no certification, and the documents attached to the petition do not show that they are certified or sworn to. *Id.* (j), (k); 52.7.  Further, the petition for writ of habeas corpus was not served.  A copy of all documents presented to the Court must be served on all parties to the proceeding and must contain proper proof of service.  TEX. R. APP. P. 9.5(a).

shown an unconstitutional restraint of his person that would invoke this Court's very limited constitutional jurisdiction of a writ of habeas corpus. *See Ramirez v. State*, 36 S.W.3d 660, 664 (Tex. App.—Waco 2001, pet. ref'd) (no original jurisdiction of any criminal habeas corpus proceeding); TEX. CONST. art. V § 6 (courts of appeals shall have such other jurisdiction, original and appellate, as may be prescribed by law). *See also Ex parte Schmidt*, 109 S.W.3d 480, 482 (Tex. Crim. App. 2003) (when a trial court has jurisdiction to issue a writ and denies relief, the denial can be appealed).

Therefore, we dismiss the petition for writ of habeas corpus for lack of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition dismissed
Opinion delivered and filed August 23, 2012
Do not publish
[OT06]